**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PARK VALLEY INN HEALTH CENTER,** | § | |
|        *Plaintiff,* | § | |
| | § | |
| | § | **NO. 1:25-CV-01088-ADA-DH** |
| **v.** | § | |
| | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **HEALTH AND HUMAN SERVICES,** | § | |
|        *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Defendant United States Department of Health and Human Services' ("HHS") motions to dismiss (Dkts. 9; 15). Dkt. 19. The report recommends that Defendant's first Motion be denied as moot—which the undersigned did by Text Order on this day. The report further recommended that Defendant's second Motion (Dkt. 15) be **GRANTED**. The Report and Recommendation was filed March 10, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 25, 2026. Dkt. 20. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 19, is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 15) is **GRANTED**.

**SIGNED** on March 26, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE